# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00117-CV

**In re Robert F. Brown III**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Robert F. Brown III has petitioned this Court for a writ of mandamus ordering the 277th District Court of Williamson County to act on various pro se motions Brown filed in cause number 05-307-K277. The exhibits attached to the petition reflect, however, that the motions were filed while Brown's appeal from his conviction in cause number 05-307-K277 was pending in this Court or in the Texas Court of Criminal Appeals. *See Brown v. State*, No. 03-06-526-CR Tex. App.—Austin Aug. 1, 2007), *pet. ref'd*, No. PD-1284-07 (Tex. Crim. App. Jan. 23, 2008). Therefore, the district court was without authority to act on his motions. *See* Tex. R. App. P. 25.2(g).

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   March 26, 2008